IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01756-RPM-KLM

METROPOLITAN LIFE INSURANCE COMPANY,

      Plaintiff,

v.

MAUREEN KEY-DEL DUCA,

      Defendant.

---

PROOF OF SERVICE OF NOTICE OF AVAILABILITY OF UNITED STATES
MAGISTRATE JUDGE FORMS ON COUNSEL FOR DEFENDANT MAUREEN
KEY-DEL DUCA

---

Pursuant to D.C.COLO.LCivR 72.2, plaintiff Metropolitan Life Insurance Company provides notice that it has served copies of the Court's Instructions Regarding Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction and the related forms on the following counsel who represents defendant Maureen Key-Del Duca:

> Christopher R. Mosley
> SHERMAN & HOWARD
> 633 17th Street, suite 3000
> Denver, CO  80202
> (303) 297-2900
> cmosley@shermanhoward.com

DATED this 15th day of September, 2008.

Respectfully submitted,

*s/Jack M. Englert. Jr.*
Jack M. Englert, Jr.
HOLLAND & HART LLP
8390 East Crescent Parkway, Suite 400
Greenwood Village, CO 80111
(303) 290-1087

**ATTORNEYS FOR PLAINTIFF METROPOLITAN LIFE INSURANCE COMPANY**

3924061_1.DOC