# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 08-CV-01756-RPM-KLM

METROPOLITAN LIFE INSURANCE COMPANY,

    Plaintiff,

v.

MAUREEN KEY-DEL DUCA,

    Defendant.

## SUMMONS

To the above named Defendant: **Maureen Key-Del Duca**

You are hereby summoned and required to serve upon

Jack M. Englert, Jr.

plaintiff's attorney, whose address is:

Holland & Hart, LLP
8390 E. Crescent Parkway, Suite 400
Greenwood Village, CO 80111

AND FILE WITH THE CLERK OF THE COURT

an answer to the complaint which is herewith served upon you, within 20 days of service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Date: 5/18/08

(Seal of the Court)

Gregory C. Langham, Clerk

By: _____
    Deputy Clerk

NOTE: This summons is issued pursuant to Rule 4 of the Federal Rules of Civil Procedure.

3911281_1.DOC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

METROPOLITAN LIFE INSURANCE COMPANY,

    Plaintiff,

v.

MAUREEN KEY-DEL DUCA,

    Defendant.

ACCEPTANCE OF SERVICE ON BEHALF OF MAUREEN KEY-DEL DUCA

The undersigned counsel accepts service on behalf of defendant Maureen Key-Del Duca of the complaint in the above-captioned matter, and acknowledges receipt of the complaint on September 17, 2008.

Dated: September 17, 2008.

*Christopher R. Mosley* (signature)
Christopher R. Mosley
SHERMAN & HOWARD
633 17th Street, suite 3000
Denver, CO 80202
(303) 297-2900
cmosley@shermanhoward.com

ATTORNEYS FOR DEFENDANT
MAUREEN KEY-DEL DUCA

3911373_1.DOC