IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01756-RPM

METROPOLITAN LIFE INSURANCE COMPANY,

    Plaintiff,

v.

MAUREEN KEY-DEL DUCA,

    Defendant.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M. V. Wentz
 Secretary

    Metlife's Unopposed Motion to Reschedule the Scheduling Conference Now Set for January 8, 2009 [6], is granted. The conference is rescheduled for **January 23, 2009, at 2:30 p.m.** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. The proposed scheduling order must be submitted in paper form directly to chambers by **4:00 p.m. on January 15, 2009.**

DATED: December 12, 2008