IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-CV-01756-RPM

METROPOLITAN LIFE INSURANCE COMPANY,

    Plaintiff,

v.

MAUREEN KEY-DEL DUCA,

    Defendant.

---

**ORDER EXTENDING CERTAIN SCHEDULING ORDER DEADLINES**

---

This Court having reviewed Defendant's Unopposed Motion to Extend Certain Scheduling Order Deadlines, hereby

ORDERS that the following deadlines are extended as indicated below:

- Discovery Cutoff Date           January 29, 2010
- Dispositive Motions             February 26, 2010
- Expert Witness Disclosure       November 30, 2009
- Contradicting Expert Disc.      December 30, 2009
- Rebuttal Expert Disclosure      January 15, 2010

DATED: August 7th, 2009.

          BY THE COURT:

          s/Richard P. Matsch

          United States District Court Judge