IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01756-RPM

METROPOLITAN LIFE INSURANCE COMPANY,

      Plaintiff,

v.

MAUREEN KEY-DEL DUCA,

      Defendants.

---

## ORDER TO COMPLY WITH D.C. COLO.LCivR 7.2

---

The Court has signed a Protective Order for the confidentiality of certain information in this case. The order does not expressly provide for compliance with D.C.COLO.LCivR 7.2 in court filings. It is

ORDERED, that in all court filings, counsel shall comply with D.C.COLO.LCivR 7.2 as to any information to be submitted under seal based on the Protective Order.

Dated: October 21st, 2009

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
      .                                        Richard P. Matsch, Senior District Judge