IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01756-RPM

METROPOLITAN LIFE INSURANCE COMPANY,

     Plaintiff,

v.

MAUREEN KEY-DEL DUCA,

     Defendant.

___

ORDER DENYING DEFENDANT'S MOTION TO COMPEL

___

Upon considering the Motion to Compel Responses to Maureen Key-Del Duca's First Discovery Requests, filed November 17, 2009, the plaintiff's objections in the response, filed December 29, 2009, and the defendant's reply, filed January 22, 2010, it is

ORDERED that the motion to compel is denied.

Dated:   January 25th, 2010

                                       BY THE COURT:

                                       s/Richard P. Matsch

                                       _____

                                       Richard P. Matsch, Senior District Judge