IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01756-RPM

METROPOLITAN LIFE INSURANCE COMPANY,

    Plaintiff,

v.

MAUREEN KEY-DEL DUCA,

    Defendant.

---

### ORDER FOR DISMISSAL

---

Pursuant to the Joint Stipulation for Dismissal [39], it is

ORDERED that this action is dismissed with prejudice, the parties to bear their own legal fees and costs.

Dated: July 23rd, 2010

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        _____
                                        Richard P. Matsch, Senior District Judge